1  JOHN M. SORICH (CA Bar No. 125223)
   john.sorich@piblaw.com
2  HEATHER E. STERN (CA Bar No. 217447)
   heather.stern@piblaw.com
3  PARKER IBRAHIM & BERG LLC
   695 Town Center Drive, 16th Floor
4  Costa Mesa, California 92626
   Tel:  (714) 361-9550
5  Fax: (714) 784-4190

6  Attorneys for Defendant
7  JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY N. NARDOLILLO,<br><br>               Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>MTC FINANCIAL, INC., DBA<br>TRUSTEE CORPS; and DOES 1-10,<br>Inclusive,<br><br>               Defendants. | **CASE NO.:** 3:16-cv-05365-WHO<br><br>**JUDGE:** Hon. William H. Orrick<br><br>**ORDER ON STIPULATED REQUEST FOR ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DATES [LOCAL RULE 6-2, 7-12]**<br><br>**ACTION FILED:** August 16, 2016<br><br>**REMOVED:** September 19, 2016 |

Pursuant to the stipulated request ("Request") of plaintiff Gary N. Nardolillo ("Plaintiff"), defendant JPMorgan Chase Bank, N.A. ("Chase"), and defendant MTC Financial Inc. dba Trustee Corps. ("MTC") (collectively, the "Parties"), the Case Management Conference is continued and will now be held on before the Honorable William H. Orrick on February 21, 2017 at 2:00 P.M. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  All deadlines set forth in the Case Management Conference Order [Docket No. 15] shall be based on the continued date.

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3
     DATED:  December 1, 2016                    _____
4                                                HON. WILLIAM H. ORRICK