JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
HEATHER E. STERN (CA Bar No. 217447)
heather.stern@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, CA 92626
Tel:  (714) 361.9550
Fax: (714) 784.4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY N. NARDOLILLO,<br><br>Plaintiff<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>MTC FINANCIAL, INC., DBA<br>TRUSTEE CORPS; and DOES 1-10,<br>Inclusive,<br><br>Defendants. | **CASE NO.:**  3:16-cv-05365-WHO<br><br>**JUDGE:**  Hon. William H. Orrick<br><br>**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND HEARING RE: MOTION OF DEFENDANT JPMORGAN CHASE BANK, N.A. TO DISMISS COMPLAINT**<br><br>**DATE:**  April 12, 2017<br>**TIME:**  2:00 p.m.<br>**DEPT.:**  Courtroom 2, 17th Floor<br><br>**ACTION FILED:**  August 16, 2016<br>**REMOVED:**  September 19, 2016 |

///

///

///

1
**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT CMC AND HEARING ON MTD**

PARKER IBRAHIM & BERG LLC
COSTA MESA

1    The Court, having reviewed defendant JPMorgan Chase Bank, N.A.'s

2 ("Defendant" or "Chase") motion to appear telephonically ("Motion to Appear

3 Telephonically") at the Case Management Conference ("CMC") and the hearing

4 regarding the motion to dismiss the complaint of plaintiff Gary N. Nardolillo

5 ("Plaintiff") for failure to state a claim for relief ("Hearing"), and good cause

6 appearing therefore, hereby orders as follows:

7    **IT IS HEREBY ORDERED** that Chase may appear telephonically at the CMC

8 and the Hearing regarding its Motion to Dismiss, both currently set to be heard on

9 April 12, 2017, at 2:00 p.m. in Courtroom 2, before the Honorable William H. Orrick,

10 by and through its counsel Parker Ibrahim & Berg LLC.

11   **IT IS SO ORDERED.**

12

13

14

15 Dated: April 7, 2017                                _____

16                                                    HON. WILLIAM H. ORRICK
                                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

{00647859.DOCX }

**ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT CMC AND HEARING ON MTD**

2360723.1

PARKER IBRAHIM & BERG LLC
COSTA MESA